■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL BIRNBAUM, Appellant.—Defendant appeals from a judgment of the County Court, Nassau County, rendered June 1, 1978, convicting him of two counts of falsifying business records in the first degree, one count of attempted grand larceny in the third degree, and 12 counts of willful violation of health laws, after a nonjury trial, and imposing sentence. Judgment affirmed and case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). We have carefully examined defendant's well-presented contentions and find them to be without merit. Titone, J. P., Lazer, Margett and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN A. BLASUCCI, Appellant.—Appeal by defendant, as limited by his motion, from a sentence ·of the County Court, Nassau County, imposed September 26, 1978, upon his conviction of criminally negligent homicide, on his plea of guilty, the sentence being a definite prison term of one year. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to a period of imprisonment of 60 days and probation for an additional 4 years and 10 months. As so modified, sentence affirmed and case remitted to the County Court to fix the terms and conditions of probation and for further proceedings pursuant to CPL 460.50 (subd 5). The sentence was excessive to the extent indicated. Titone, J. P., O'Connor, Lazer and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DANAHY, Appellant.—Five judgments of the County Court, Suffolk County, all rendered December 12, 1977, affirmed (see *People v Foster,* 19 NY2d 150). Damiani, J. P., Shapiro, Margett and Martuscello, JJ., concur.